ACCEPTED
12-15-00175-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/20/2015 2:53:53 PM
Pam Estes
CLERK

No. 12-15-000175-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/20/2015 2:53:53 PM
PAM ESTES
Clerk

IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT OF TEXAS

BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AND BROWN-EYED GIRL, LLC D/B/A LEIGH OLIVER'S, AS ASSIGNEE OF GOURMET RESOURCES, LLC AND ALEXANDRA WEEKS, INDIVIDUALLY AND D/B/A GOURMET RESOURCES, LLC
*Appellant,*

*v.*

TRUCK INSURANCE EXCHANGE
*Appellees.*

ON APPEAL FROM THE 114TH DISTRICT COURT
OF SMITH COUNTY, TEXAS

## APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, Brown-Eyed Girl, LLC d/b/a Leigh Oliver's, and Brown-Eyed Girl, LLC d/b/a Leigh Oliver's, as Assignee of Gourmet Resources, LLC and Alexandra Weeks, Individually and d/b/a Gourmet Resources, LLC file this motion to voluntarily dismiss the appeal of the trial court's "Order on Defendant

Truck Insurance Exchange's Motion for Summary Judgment and for Severance,"
signed on July 24, 2014. *See* TEX. R. APP. P. 42.1(a)(1) (providing for voluntary
dismissal of a civil case upon appellant's motion). No opinion has yet issued in this
case, there are no cross appeals, and dismissal will not prevent any party from
seeking relief to which it may be otherwise entitled. Accordingly, the Court should
dismiss the above-captioned matter. *See id.*

### PRAYER

For these reasons, Appellant respectfully requests that this Court dismiss the
instant appeal and grant all other relief it is entitled to receive.

Respectfully submitted,

MARTIN, WALKER, PC

John F. (Jack) Walker, III
State Bar No. 00785167
Marisa M. Schouten
State Bar No. 24039163
121 NORTH SPRING AVENUE
TYLER, TEXAS 75702
(903) 526-1600
(903) 595-0796 (FAX)
JWALKER@MARTINWALKERLAW.COM
MSCHOUTEN@MARTINWALKERLAW.COM

ATTORNEYS FOR APPELLANT

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via facsimile to all counsel of record on ___20ᵗʰ Oct.___, 2015.

_____
John F. (Jack) Walker, III

2233659v.1 IMANAGE 107444